BERTHA HANNAFORD, RESPONDENT, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, APPELLANT.

Submitted February 14, 1936—Decided May 14, 1936.

For the respondent, *William Newcorn.*

For the appellant, *William F. Hanlon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 8.

*For reversal*—LLOYD, CASE, DONGES, JJ. 3.